Entered: March 25th, 2026

Signed: March 24th, 2026

**SO ORDERED**

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re: Case No.: **26−12151 − DER** Chapter: **7**

**Dana Evette Jones**
Debtor

VACATED

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH LOCAL BANKRUPTCY RULE 1002−1

The above−referenced matter was filed on March 4, 2026 and does not meet the following requirements of Local Bankruptcy Rule 1002−1(a):

- [ ] Debtor did not file a Certificate of Credit Counseling or request for waiver pursuant to 11 U.S.C. § 109(h)(3) or 109(h)(4) and debtor has not checked the block on the voluntary petition stating that debtor received approved budget and credit counseling during the 180−day period preceding the filing of the petition.
- [x] Submission of the prescribed filing fee or an application to pay the required fee in installments.
- [x] Evidence of the debtor's signature.
- [x] Submission of the master mailing matrix.
- [ ] Submission of the list of twenty (20) largest unsecured creditors in a Chapter 11 case.
- [ ] Debtor is not an individual and is not represented by an attorney who is a member of the bar of the District Court.
- [ ] Debtor is a person who, under either 11 U.S.C. § 109 (g) or an order of court, may not be a debtor at the time of the submission of the petition.
- [ ] Debtor's Social Security Number not provided pursuant to Local Bankruptcy Rule 1002−1(a)(7).

WHEREFORE, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this case be dismissed.

cc: Debtor
Attorney for Debtor − PRO SE
Case Trustee − Craig B. Leavers
U.S. Trustee
Finance

**End of Order**

15x02 (rev. 12/01/2015) − EricaCumberland