Entered: May 14th, 2026
Signed: May 13th, 2026

**DENIED**

See Docket No. 29.

USBC-MD B FILED
31 MAR '26 PM12:40

UNITED STATES BANKRUPTCY COURT DISTRICT OF MARYLAND

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT**
Maryland

**In re:**
Dana Yvette Jones,
Debtor.

**Case No.: 26-12151 DER**
**Chapter 7**

---

**MOTION TO RECONSIDER DISMISSAL OF CASE**

COMES NOW the Debtor, **Dana Yvette Jones**, proceeding pro se, and respectfully moves this Honorable Court to reconsider the dismissal of the above-captioned Chapter 7 case. In support of this Motion, the Debtor states as follows:

1. On or about **March 13, 2026**, the Debtor submitted the required documents to the United States Bankruptcy Court via **postal mail**.
2. The documents mailed included the following:
   - Official Form 122A (Chapter 7 Means Test)
   - Declaration About an Individual Debtor's Schedules
   - Statement of Financial Affairs
   - Verification of Creditor Matrix
   - Social Security Number Verification
   - Statement of Intention
3. The Debtor made a good faith effort to comply with all filing requirements within the time allowed by the Court.
4. Due to reliance on postal delivery, the Debtor believes there may have been a delay in the Court's receipt and processing of these documents.
5. The Debtor respectfully requests that the Court reconsider the dismissal and reinstate the case so that it may proceed on the merits.
6. The Debtor is prepared to promptly re-submit any documents the Court deems necessary.

DENIED

2

WHEREFORE, the Debtor respectfully requests that this Court:

- Vacate the order of dismissal;
- Reinstate the Chapter 7 case; and
- Grant such other and further relief as the Court deems just and proper.

---

**Respectfully submitted,**

**Dana Yvette Jones**
914 Gorsuch Ave
Baltimore, MD 2128
(443) 802-3830

Dana Jones

**Date:** 3.30.26

DENIED