Entered: May 21st, 2026
Signed: May 20th, 2026

**SO ORDERED**

**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Baltimore**

---

In re: Case No.: **26−12151 − DER** Chapter: **7**

**Dana Evette Jones**
Debtor

---

## ORDER VACATING ORDER DISMISSING CASE

This matter comes before the Court on the motion of the Debtor to reconsider its Order dismissing this case. The Court having considered the motion, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Order dismissing this case is vacated.

cc: Debtor
Attorney for Debtor − PRO SE
Case Trustee − Craig B. Leavers
U.S. Trustee
All Creditors

**End of Order**

40x08 (rev. 01/14/2013) − EricaCumberland