United States Bankruptcy Court

District of Maryland

In re: | Case No. 26-12151-DER

Dana Evette Jones | Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdfparty | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana Evette Jones, 914 Gorsuch Ave, Baltimore, MD 21218-3601 |
| cr | + | Dayna C. Cooper, 2884 Kentucky Ave., Baltimore, MD 21213-1216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026               Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig B. Leavers | craig@leaverslaw.com  MD67@ecfcbis.com |
| Dayna Cooper | dayna@cooperlegalsolutions.com |

TOTAL: 2

Entered: June 23rd, 2026
Signed: June 22nd, 2026

## DENIED

The Court has reviewed and considered the Objection. The circumstances stated therein (i) are not grounds on which the Court would have denied the Debtor's Motion to Reconsider Dismissal had they been brought to the Court's attention prior to entry of the Order on May 21, 2026, and (ii) do not constitute a basis on which this Court should reconsider entry of that order. Accordingly, the Objection is overruled and any relief sought therein is denied.



**DAVID E. RICE**
**U. S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

**In re:**                                          Case No. 26-12151-DER

Dana Evette Jones,
    Debtor.                                  **Chapter:** 7

### CREDITOR'S OBJECTION TO DEBTOR'S MOTION TO RECONSIDER DISMISSAL OF CASE

Creditor Dayna C. Cooper ("Creditor") respectfully objects to Debtor's Motion to Reconsider Dismissal of Case and states as follows:

1. Debtor's Chapter 7 case was dismissed on March 25, 2026, following multiple deficiency notices and failure to comply with required filing obligations. ECF 16.

2. Debtor now seeks reconsideration and reinstatement of the dismissed case based primarily upon unsupported assertions that documents were mailed and allegedly delayed in transit.

3. Debtor has not provided competent evidence establishing timely mailing or transmission of the allegedly missing documents prior to dismissal, including but not limited to certified mailing receipts, tracking information, or other documentary proof.

4. This is not Debtor's first bankruptcy filing affecting Creditor's judgment enforcement efforts. Debtor previously filed a Chapter 13 (Case No. 25-18653-DER) proceeding that was likewise dismissed. ECF 27 (Case No. 25-18653-DER).

5. Following dismissal of Debtor's prior Chapter 13 proceeding, Creditor resumed lawful state-court judgment enforcement proceedings.

6. During those resumed enforcement proceedings, Debtor filed the present Chapter 7 case, which was subsequently dismissed for filing deficiencies and noncompliance. Ex. A.

DENIED

7. Following dismissal of the present Chapter 7 case, Creditor again resumed lawful enforcement proceedings in reliance upon the dismissal order and termination of the automatic stay, including:

   a. obtaining an Order compelling garnishment compliance; and

   b. pursuing judgment proceedings against the garnishee arising from post-dismissal noncompliance.

8. Creditor did not receive formal bankruptcy notice prior to dismissal of the case and did not receive documentation establishing that Creditor was properly scheduled as a creditor.

9. Notwithstanding dismissal of the bankruptcy case, Debtor subsequently represented in related state-court proceedings that she was "currently" in Chapter 7 bankruptcy despite the absence of any reinstatement order. Ex. B.

10. Reinstatement of the bankruptcy case at this stage would substantially prejudice Creditor, who materially advanced state-court enforcement proceedings in reliance upon the operative dismissal order.

11. Creditor respectfully submits that repeated deficient bankruptcy filings coinciding with judgment enforcement proceedings, followed by requests for reinstatement after dismissal, weigh against the equitable relief requested by Debtor.

WHEREFORE, Creditor respectfully requests that the Court deny Debtor's Motion to Reconsider Dismissal of Case and grant such other and further relief as the Court deems just and proper.

[SIGNATURE PAGE FOLLOWS]

Dated: May 28, 2026                    Respectfully submitted,



Dayna C. Cooper
Creditor
2804 Kentucky Avenue
Baltimore, MD 21212

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May 2026, a copy of CREDITOR'S OBJECTION

TO DEBTOR'S MOTION TO RECONSIDER DISMISSAL OF CASE was mailed to Defendant

first-class mail, postage prepaid, to the address below, and served on the United States

Bankruptcy Courts via ECF.

**Dana Yvette Jones**
914 Gorsuch Ave.
Baltimore, MD 21218
(443) 802-3830

Dayna C. Cooper
Creditor
2884 Kentucky Avenue
Baltimore, MD 21213